Albert J. Terwell, appellant, v. Orrin Egeland, appellee. Gen. No. 34,653.

Opinion filed April 15, 1931.
Edward H. Kubitz, for appellant. Marston, Friedlund, Tone & Friedlund, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.


The Foreman Trust & Savings Bank, administrator of the estate of Ralph Yushka, deceased, appellee, v. South Suburban Motor Coach Company, appellant. Gen. No. 34,409.

Opinion filed April 15, 1931.
Wetten, Pegler & Dale, for appellant. Charles C. Spencer, for appellee.
Mr. Justice Friend delivered the opinion of the court.


Elna Samuelson, appellee, v. City of Chicago, appellant. Gen. No. 34,424.

Opinion filed April 15, 1931.
Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Matilda Fenberg, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Murphy O. Tate and Lloyd T. Bailey, for appellee.
Mr. Justice Friend delivered the opinion of the court.


S. Hayden, trading as S. Hayden Company, appellee, v. C. Pflug and Christine Pflug, appellants. Gen. No. 34,436.

Opinion filed April 15, 1931.
Cheney, Evans & Peterson, for appellants; Albert Peterson, of counsel. Short, Rothbart, Willner & Lewis, for appellee; Seymour M. Lewis and Wharton Plummer, of counsel.
Mr. Justice Friend delivered the opinion of the court.